Decided May 2, 2001

HOBART D. VAN DEUSEN ET AL. *v.* TOWN OF WATERTOWN ET AL.

The petition for certification by the intervening defendants, M. Heminway Merriman II and Linda Lane Merriman, for appeal from the Appellate Court, 62 Conn. App. 298 (AC 19965), is denied.

SULLIVAN, C. J., and VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*M. Leonard Caine III*, in support of the petition.

*Thomas G. Parisot*, in opposition.

Decided May 2, 2001